IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92-cr-97-20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HERBERT COUNCIL | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's Motion for early termination from supervised release [doc. #59] filed on October 25, 2012. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: December 3, 2012

Graham C. Mullen
United States District Judge